# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3352SD

_____

|  |  |  |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of South Dakota. |
| | * | |
| Kally Veo, also known as Kallie Kirkie, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: March 8, 1999
Filed: March 18, 1999

_____

Before FAGG, LAY, and WOLLMAN, Circuit Judges.

_____

PER CURIAM.

Kally Veo appeals her conviction for embezzlement and theft from an Indian tribal organization. First, we reject Veo's contention that the government produced insufficient evidence to support the jury's verdict. The record contains substantial evidence on which the jury reasonably could have found Veo guilty of the charged crime. Second, Veo's contentions related to the sufficiency of the indictment, the admissibility of evidence offered by the government, and the jury instructions either are unsupported by the record, otherwise without legal merit, or both. Because the appeal involves the straightforward application of settled principles of law, a

discussion of the issues will serve no useful purpose. We thus affirm Veo's conviction without an extended opinion. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.